Commonwealth *v.* LeGrande, Appellant.

Submitted November 8, 1971. *John J. Dean*, Assistant Public Defender, and *George H. Ross*, Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Locke, Appellant.

Argued November 12, 1971. *Louis Dadowski*, with him *Louis R. Dadowski, Jr.*, for appellant; *J. Kent Culley*, Assistant District Attorney, with him *Carol Mary Los*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.